# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TIMOTHY MARK POYNTER, II**  PETITIONER
*Reg. #21853-032*

v.   CASE NO. 2:25-CV-00062-BSM

**C. HUMPHREY, Complex Warden,**
Forrest City Correctional Institution   RESPONDENT

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 11] is adopted. For the reasons outlined in Judge Volpe's recommended disposition, Timothy Mark Poynter's petition for a writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 8th day of August, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE