IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TIMOTHY MARK POYNTER, II**　　　　　　　　　　　　**PETITIONER**
*Reg. #21853-032*

v.　　　　　　CASE NO. 2:25-CV-00062-BSM

**C. HUMPHREY, Complex Warden,**
**Forrest City Correctional Institution**　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE